

|  | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **LIZA SOHN**<br>Assistant Corporation Counsel<br>phone: (212) 788-0715<br>fax: (212) 788-9776<br>email: lsohn@law.nyc.gov |

July 2, 2012

BY ECF
Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  Christopher Myers v. City of New York, et al.
            11 CV 4784 (CBA) (RLM)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendant City of New York in above-referenced matter. I am writing on behalf of the parties to inform the Court that the action has settled. The Stipulation of Settlement and Order of Dismissal will be forwarded to the Court as soon as this office receives it fully executed from plaintiffs' counsel.

      In view of the foregoing, it is respectfully submitted that the settlement conference currently scheduled for July 20, 2012 and the additional deadlines set pursuant to the January 20, 2012 conference are no longer necessary. Thank you for your consideration in this regard.

                          Respectfully submitted,

                          __/s/_____
                          Liza Sohn
                          Assistant Corporation Counsel

cc:      Cynthia Conti-Cook (by ECF)